UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PATRICIA OLIVIERI,

                              Plaintiff,

                v.

STIFEL, NICOLAUS & COMPANY, INCORPORATED, NEIL ISLER, ROBERT CODIGNOTTO, CHRISTINA SCELTA, and JULIE GAFFNEY in their individual and professional capacities,

                              Defendants.
---------------------------------------------------------------x

**ECF**

No. 2:21-CV-00046 (JMA) (ARL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) Plaintiff Patricia Olivieri, appearing through her undersigned counsel, and Defendants Stifel, Nicolaus & Company, Incorporated, Neil Isler, Robert Codignotto, Christina Scelta, and Julie Gaffney, appearing through their undersigned counsel, that the above-entitled action be and hereby is dismissed and discontinued in its entirety with prejudice and without costs or attorneys' fees to any party as against any other party.

Dated: New York, New York
         March 17, 2025

| WIGDOR LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|---|---|
| By: _____ | By: _____ |
|     David Gottlieb, Esq. |     Kevin B. Leblang, Esq. |
|     Melodie Han, Esq. |     Izabel P. McDonald, Esq. |
| | |
| 85 5th Avenue | 1177 Avenue of the Americas |
| New York, New York 10003 | New York, New York 10036 |
| (212) 257-6800 | (212) 715-9100 |
| dgottlieb@wigdorlaw.com | kleblang@kramerlevin.com |
| mhan@wigdorlaw.com | imcdonald@kramerlevin.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |